IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mahtab Matin f/k/a Mahtab Matinkhosrawi, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | |
| Fulton, Friedman & Gullace LLP, | : : | No. 11-2542 |
| Defendant. | : : | |

## ORDER

**AND NOW** this 14th day of November, 2011, upon consideration of the Motion for Summary Judgment (Doc. Nos. 12, 13)[1] submitted by Defendant, Fulton, Friedman & Gullace LLP ("Defendant") and the responses and replies thereto, it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED**;

2. This case is **DISMISSED**; and

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY

---

[1] Doc. No. 13, filed one day after Doc. No. 12, is identical to Doc. No. 12 with the exception of a Corrected Statement of Undisputed Material Facts.